## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARBARA WEST** | **CIVIL ACTION NO.** |
| **VERSUS** | **DISTRICT JUDGE:** |
| **HOME DEPOT U.S.A., INC. AND ERIC HALL** | **MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

## DECLARATION OF MEGAN PETERSON

COMES NOW, **MEGAN PEERSON,** who under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over the age of 18 and have no disabilities that would prevent me from giving this Declaration. I have personal knowledge of the facts stated in this Declaration, and they are true and correct.

2. I am counsel for defendant, Home Depot U.S.A, Inc. ("Home Depot") and Eric Hall.

3. On October 2, 2020, suit was filed by plaintiff, Barbara West("Plaintiff") in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, against Home Depot and Tracy Jefferson ("Petition"). *See generally*, Petition for Damages, attached hereto as **Exhibit A-1**.

4. In the Petition, it is alleged that on September 17, 2020, while shopping at the Home Depot Store in Hammond, Louisiana, Plaintiff was injured when she slipped and fell outside of the store. *See generally* Exhibit A-1, Petition for Damages.

5. Plaintiff further alleges that she is entitled to recover damages for injuries incurred as a result of this incident and alleges that his damages were caused by the negligence of Home Depot. *See generally*, **Exhibit A-1**, Petition for Damages.

6. Plaintiff makes no specific allegations her injuries, simply alleging that she "remains under the care of her physicians". *See* **Exhibit A-1**, Petition for Damages, ¶ 16. In fact, Plaintiff alleges in her Petition that the amount in controversy is below $75,000 for purposes of removal because "Plaintiff's medical treatment is in its infancy." *See* **Exhibit A-1**, Petition for Damages, ¶ 16.

7. On June 25, 2021, the undersigned received discovery responses from Plaintiff that indicates the extent and nature of the injuries and medical treatment which she alleges to be related to this incident. **Exhibit B**, Plaintiff's Discovery Responses.

8. In her discovery responses, Plaintiff indicates that she alleges the following injuries and treatment following the accident: acute ankle fracture, left wrist pain, neck pain, right shoulder pain, left shoulder pain, lower back pain, radiating pain to her left lower extremity, and knee pain and hip pain. Plaintiff reports remaining under the care of her doctors for all injuries noted. **Exhibit B**, Plaintiff's Discovery Responses, Answer to Interrogatory No. 12.

9. In addition, Plaintiff underwent at least one lumbar epidural steroid injection. **Exhibit B**, Plaintiff's Discovery Responses, Answer to Interrogatory No. 16.

10. Plaintiff's discovery responses and subsequent production also demonstrate medical bills totaling $16,604.84. *See* **Exhibit B**, Plaintiff's Discovery Responses, Answer to Interrogatory No. 7; **Exhibit C**, Southern Surgical Hospital Bill.

11. Quantum research, combined with Plaintiff's medical expense tabulation and bills, place the amount in controversy in excess of $75,000.

12. Plaintiff alleges in his Petition that she is a citizen of the state of Louisiana. *See* **Exhibit A-1**, Petition for Damages.

13. Defendant, Home Depot U.S.A., Inc. was at the time of the filing of this action and still is, a foreign entity incorporated under the laws of Delaware, with its principal place of business in Atlanta, Georgia. Thus, Home Depot U.S.A., Inc. is a citizen of the states of Delaware and Georgia.

14. Defendant, Eric Hall, is a citizen of the state of Louisiana. However, for the reasons alleged in the Notice of Removal, his citizenship should not be considered for purposes of federal jurisdiction.

15. Thus, this is a civil action within the original jurisdiction of the federal courts pursuant to 28 U.S.C. §1332 and is removable to this Court pursuant to the provisions of 28 U.S.C. §1441, *et seq.*, because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

16. The Notice of Removal has been filed within thirty (30) days of June 25, 2021, which is the date that the undersigned received Plaintiff's discovery responses, expanded medical production, and medical bill tabulation, and the date on which Home Depot first ascertained that the case meets the requirements for diversity jurisdiction.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2021.

_____
MEGAN PETERSON