```
DATE: 06/24/21 @ 0948                Our Lady of the Lake Surgical BAR *LIVE*                      PAGE 1
USER: AHARMON                                    Charge Detail
```

Acct   V00001303312                     Guar
WEST,BARBARA                            WEST,BARBARA

Select All

| Date | Procedure | User | Description | Bch Date | Num Journal | Amount | Total Balance |
|---|---|---|---|---|---|---|---|
| 05/21/21 | 27200456 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 8.00 | 8.00 |
| 05/21/21 | 27201827 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 53.00 | 61.00 |
| 05/21/21 | 27202670 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 5.00 | 66.00 |
| 05/21/21 | 27204486 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 8.00 | 74.00 |
| 05/21/21 | 27206860 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 8.00 | 82.00 |
| 05/21/21 | 27214002 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 11.00 | 93.00 |
| 05/21/21 | 27214433 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 8.00 | 101.00 |
| 05/21/21 | 27218940 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 16.77 | 117.77 |
| 05/21/21 | 27218942 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 10.83 | 128.60 |
| 05/21/21 | 36020075 | BKG DAEMON | | 05/21/21 | 75 SCH/OR | 2883.00 | 3011.60 |
| 05/21/21 | 30607426 | BKG DAEMON | | 05/21/21 | 76 LAB | 168.00 | 3179.60 |
| 05/21/21 | LMSCOP | BKG DAEMON | | 05/21/21 | 72 ADM | 1.00 | 3180.60 |
| 05/21/21 | 25002620 | BKG DAEMON | | 05/21/21 | 77 PHA | 12.00 | 3192.60 |
| 05/21/21 | 25003770 | BKG DAEMON | | 05/21/21 | 77 PHA | 16.64 | 3209.24 |
| 05/21/21 | 25800540 | BKG DAEMON | | 05/21/21 | 77 PHA | 45.00 | 3254.24 |
| 05/21/21 | 25000540 | BKG DAEMON | | 05/21/21 | 77 PHA | 5.60 | 3259.84 |
| 05/21/21 | 25003320 | BKG DAEMON | | 05/21/21 | 77 PHA | 4.80 | 3264.64 |
| 05/21/21 | 25005480 | BKG DAEMON | | 05/21/21 | 77 PHA | 10.23 | 3274.87 |
| 05/21/21 | 25005500 | BKG DAEMON | | 05/21/21 | 77 PHA | 12.80 | 3287.67 |
| 05/21/21 | 25005500 | BKG DAEMON | | 05/21/21 | 77 PHA | 12.80 | 3300.47 |
| 05/21/21 | 32000099 | BKG DAEMON | | 05/21/21 | 74 ITS | 0.00 | 3300.47 |
| 05/21/21 | 25002400 | BKG DAEMON | | 05/21/21 | 77 PHA | 12.00 | 3312.47 |

**Exhibit C**